

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-16-00394-CR

Ex parte Bradley Harold Andrews    §    From County Criminal Court No. 1

§    of Denton County (CR-2010-06241-A)

§    March 30, 2017

§    Opinion by Justice Meier

§    (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bill Meier
Justice Bill Meier